UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:23-cv-01004-JES-NPM

BOOMER'S NEIGHBORHOOD GRILL &
BAR, INC. d/b/a KGA, INC.,

       Plaintiff,

v.

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

       Defendant.
_____/

## JOINT MOTION TO STAY LITIGATION PENDING APPRAISAL

Plaintiff, Boomer's Neighborhood Grill & Bar, Inc. d/b/a KGA Inc. ("Boomers"), and Defendant, Westchester Surplus Lines Insurance Company ("Westchester") (collectively, the "Parties"), jointly move for an Order staying this lawsuit pending appraisal, and state:

1. This lawsuit arises from a property insurance claim filed by Boomers under an insurance policy issued by Westchester. A copy of the Policy is attached as Exhibit A.

2. The Policy contains an appraisal provides that provides, in part:

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount

of loss. If they fail to agree, they will submit their differences to the umpire. **A** decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser, and

**b.** Bear the other expenses of the appraisal and umpire equal

If there is an appraisal, we will still retain our right to deny the claim

*See Exhibit A.*

3. The Parties have agreed to submit this dispute to appraisal.

4. Pursuant to the Agreement, Boomers appointed Aaron Penn as its appraiser and Westchester appointed Matthew Flax as its appraiser.

5. When an insurance policy contains an appraisal provision, "the right to appraisal is not permissive but is instead mandatory, so once a demand for appraisal is made, 'neither party has the right to deny that demand.'" *M McGowan v. First Acceptance Ins. Co., Inc.*, 411 F. Supp. 3d 1293, 1296 (M.D. Fla. 2019) (quoting *United Cmty. Ins. Co. v. Lewis*, 642 So. 2d 59, 60 (Fla. 3d DCA 1994)). And like other stipulations about dispute resolution, the court enforces contractual appraisal provisions by non-dispositive order. *See Positano Place at Naples II Condo. Ass'n, Inc. v. Empire Indem. Ins. Co.*, No. 2:21-cv-181-SPC-MRM, 2022 WL 714809, *2 (M.D. Fla. Mar. 10, 2022).

6. The Parties respectfully request this Court stay this lawsuit while the Parties proceed with appraisal. *Allstate Ins. Co. v. Suarez*, 833 So. 2d 762, 766 (Fla. 2002) ("Once a trial court has determined that the appraisal provisions of a contract of insurance have been properly invoked, further proceedings should be conducted in accord with those provisions ….").

7. Staying this lawsuit while the Parties proceed with appraisal will conserve both judicial and party resources.

8. The Parties respectfully request that the Court reserve its jurisdiction to rule on any issues that may arise during the course of appraisal.

WHEREFORE, the Parties respectfully request the Court enter an Order staying this lawsuit pending the completion of appraisal and granting any other relief the Court deems equitable, just and proper.

**COZEN O'CONNOR**

By: */s/ Juan P. Garrido*
John David Dickenson, Esquire
Florida Bar No. 575801
jdickenson@cozen.com
1801 N. Military Trail, Suite 200
Boca Raton, FL  33431
Telephone:  (561) 515-5250

Juan P. Garrido, Esquire
Florida Bar No. 118678
Email:  jgarrido@cozen.com
200 South Biscayne Blvd., Ste. 3000
Miami, FL  33131
Telephone:  (305) 397-0832
*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

*And*

By: */s/ Scott Millard*
Scott Millard, Esquire
**Habermehl Millard Goss LLP**
385 W Fairbanks Ave Ste 300
Winter Park, FL  32789-5018
Office: (407) 961-6410
Email:  sm@hmglegal.com
*Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Juan P. Garrido*
Juan P. Garrido

**SERVICE LIST**
Scott Millard, Esquire
Habermehl Millard Goss LLP
385 W Fairbanks Ave Ste 300
Winter Park, FL  32789-5018
Office: (407) 961-6410
Email:  sm@hmglegal.com
*Counsel for Plaintiff*